Mary L.M. Moran, District Clerk
U.S. Courthouse
520 W. Soledad Ave., 4th Floor
Hagatna, GU 96910
August 12, 2008




Francisco S.A. Ignacio
#89898-011
U.S. Penitentiary
P.O. Box 24550
Tucson, AZ 85734

Dear Ms. Moran:

    I sent a letter with a motion for certificate of appealability, and a motion for post conviction relief dated March 12, 2008.

    As of today, I have not receive any response. I want to know if the documents are frivolous and/or meritless for review. If I made error (s), I want to know the errors. Perhaps I may amend if necessary.

    I believe that Guam courts do not expect prisoner (s) to sought post conviction relief. What good are attorneys if the prisoner is pauper? Especially, when court appointed attorney had been dead for years.

    My case fall under the old law. Not under the new laws made by congress. My case has merit to be heard anew.

Respectfully,

*Francisco S.A. Ignacio*

Francisco S.A. Ignacio
Inmate #89898-011

RECEIVED
AUG 18 2008
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Francisco S.A. Ignacio
#89898-011
U.S. Penitentiary
P.O. Box 24550
Tucson, AZ 85734

FEDERAL CORRECTIONAL C[...]
9300 SOUTH[...]
TUCSON, AZ [...]

Date: 8-12-08

The enclosed letter was processed through [...] mailing procedures for forwarding to you. The letter has [...] neither opened nor inspected. If the writer raises [...] or problem over which this facility has ju[...] wish to return the material for further infor[...] clarification. If the writer encloses corres[...] forwarding to another addressee, please [...] to the above address.

**RECEIVED**
AUG 18 2008
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Mary L.M. Moran, District Clerk
U.S. Courthouse
520 W. Soledad Ave., 4th Floor
Hagatna, GU 96910



7007 2680 0001 2158 9510



CERTIFIED MAIL